# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| JAMES W. WILKINS JR., #379389, § | |
| § | |
| Plaintiff, § | |
| § | SA-25-CV-00295-JKP |
| v. § | |
| § | |
| BEXAR COUNTY COMMISSIONER'S § | |
| COURT, ET AL., § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Before the Court is the above–entitled cause. Upon review of the entire case file and this Court's Order of Dismissal, denying Plaintiff James W. Wilkins Jr.'s request to proceed *in forma pauperis* and dismissing his 42 U.S.C. § 1983 Civil Rights Complaint pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Plaintiff James W. Wilkins Jr.'s request to proceed *in forma pauperis* is **DENIED** and his 42 U.S.C. § 1983 Civil Rights Complaint is **DISMISSED WITHOUT PREJUDICE** pursuant to the three–strikes dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FURTHER ORDERED** that the above–entitled cause is hereby **CLOSED**.

It is so **ORDERED**.

SIGNED this 27th day of March, 2025.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE